HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
ARIEL BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  2:22-po-00313-KJN |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| v. | ) | |
| ARIEL BRADFORD, | ) | DATE:   December 13, 2022<br>TIME:      9:00 AM<br>JUDGE: JEREMY PETERSON |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Ariel Bradford, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may

fix the defendant's absence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:

/s/*Ariel Bradford*
Ariel Bradford

I agree and consent to my client's waiver of appearance.

Dated:

*/s/ Linda C. Allison*

LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
ARIEL BRADFORD

IT IS SO ORDERED.

Dated:  December 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE