PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-PO-00313-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA |
| v. | DATE: February 13, 2023 |
| ARIEL S. BRADFORD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on February 13, 2023 at 9:00 a.m.

2. The parties agree and stipulate that an agreement to resolve the case has been reached.

3. By this stipulation, the parties now jointly move to vacate the bench trial on February 13, 2023, and set a change of plea hearing on Wednesday, February 15, 2023, at 9:00 a.m.

//
//
//
//
//

STIPULATION AND ORDER

1

IT IS SO STIPULATED.

Dated:  February 6, 2023         PHILLIP A. TALBERT
                                  United States Attorney

                                   /s/ *HADDY ABOUZEID*
                                  HADDY ABOUZEID
                                  Assistant United States Attorney

Dated:  February 6, 2023          /s/ *LINDA C. ALLISON*
                                  LINDA C. ALLISON
                                  Counsel for Defendant
                                  ARIEL S. BRADFORD

                                   /s/ *ROBBY KHELA*
                                  ROBBY KHELA
                                  Certified Law Student
                                  Counsel for Defendant
                                  ARIEL S. BRADFORD

                                  (*Approved via email 2/6/2023*)

## FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea is set for February 15, 2023, at 9:00 a.m.

FOUND AND ORDERED.

Dated:  February 7, 2023

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE